# Court of Appeals
# of the State of Georgia

ATLANTA,    August 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2361.  DARREN DAVID RIGGS v. THE STATE.**

Darren David Riggs filed this direct appeal from the trial court's order revoking his probation. Under OCGA § 5-6-35 (a) (5), appeals from orders revoking probation must be taken by application for discretionary appeal.  Because Riggs failed to comply with the discretionary appeal procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.  See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*